In re Estate of Joseph Kos, Jr., Deceased.
Lorraine Kos, Administratrix of Estate of Joseph Kos, Jr., Deceased, Appellant, v. Joseph Kos, Sr., Appellee.

Gen. No. 9,699.

opinion filed January 27, 1942; rehearing opinion filed April 28, 1943. Ray F. Faulkner, for appellant; Pence B. Orr, for appellee. Opinion by PRESIDING JUSTICE HUFFMAN. "Not to be published in full."